# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21−mj−00658 |
| Michael G. McCormick | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 11/16/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael G. McCormick                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. §1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
  18 U.S.C. §1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
  40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
  40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

G. Michael Harvey

Digitally signed by G. Michael Harvey
Date: 2021.11.16 10:44:24 -05'00'

Date:    11/16/2021                          _____
                                             *Issuing officer's signature*

City and state:    Washington, D.C.           G. Michael Harvey, U.S. Magistrate Judge
                                             *Printed name and title*

---

### Return

This warrant was received on *(date)*  11/16/21  , and the person was arrested on *(date)*  11/18/21
at *(city and state)*   Orange, CA

Date:   11/18/21                             _____
                                             *Arresting officer's signature*

                                             SA Nichole Riordan
                                             *Printed name and title*