# EXHIBIT A

To: The Honorable Tanya S. Chutkan
We are commercial drivers at U.P.S. and have known Mike for about a year now. During that time he has been a very hard worker and good driver. He doesn't complain about his work load or the difficulty of his route plus the number of stops he has due to being one of the lower seniority guys. He will still take a stop for you even if he is busy. We can honestly say we are happy to have him working with us.