**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/23/2021

MICHAEL MCCORMICK, was interviewed at his residence ▮▮▮▮▮▮▮▮ on November 18, 2021. After being advised of the identity of the interviewing Agents and the nature of the interview, MCCORMICK provided the following information:

**Note: The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview were electronically recorded. The recording captures the actual words spoken.**

MCCORMICK was read the advice of rights form. MCCORMICK acknowledged he understood his rights and signed the consent portion.

[Agent note: The signed Advice of Rights form will be maintained in the captioned 1A file].

MCCORMICK was upset the election was stolen. MCCORMICK flew to Washington DC to protest and watch then-President Trump speak. MCCORMICK traveled alone.

On January 6, 2021 MCCORMICK watched then-President Trump's speech and walked over to the Capitol building after the speech concluded. He was close to where Ashley was shot. Sullivan LNU was wearing a helmet and a vest inside the Capitol building. MCCORMICK was inside the Capitol building for approximately 15 minutes. He left when a police officer started escorting people out of the building.

MCCORMICK did not intend to enter the building. He did not see any violence inside the Capitol building. MCCORMICK deleted pictures and videos that he took on January 6, 2021 off of his phone after being contacted by the FBI that morning (November 18, 2021).

| | | | |
|---|---|---|---|
| Investigation on | 11/18/2021 | at | Orange, California, United States (In Person) |
| File # | 266O-LA-3433147 | | Date drafted  11/22/2021 |
| by | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

266O-LA-3433147

Continuation of FD-302 of (U) Custodial Interview of MCCORMICK, On 11/18/2021, Page 2 of 2

The pass code to the phone is ▓▓▓▓▓▓. MCCORMICK used Whatsapp. MCCORMICK recently downloaded Instagram. MCCORMICK was not on any other social media.