UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL G. McCORMICK<br><br>    Defendant. | Case No. 1:21-cr-710 (TSC) |

### NOTICE OF LETTER RE: SENTENCING

Defendant, Michael G McCormick, by and through his attorney of record, Deputy Federal Public Defender Samuel Cross, hereby files a letter in support of his sentencing position.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  December 20, 2022    By  */s/ Samuel Cross*
SAMUEL CROSS
Deputy Federal Public Defender
(Bar No. 304718)
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
(E-Mail:  Sam_Cross@fd.org)

1

## PROOF OF SERVICE

I Annie Darbinian declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **NOTICE OF LETTER RE: SENTENCING** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows:<br><br>[X] Electronic mail addressed as follows: |
|---|---|---|---|

Hana Field
United States Probation Officer
hana_field@dcp.uscourts.gov

This proof of service is executed at Santa Ana, California, on December 20, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                                       */s/ Annie Darbinian*       .
                                                       **Annie Darbinian**