# EXHIBIT A

Michael McCormick

A very good person.

Loves his Mother and Brother and Wilber our European Starling.

Started a pool business but found out people did not have enough money to pay for the service. So he went into the truck driving line of work. Michael likes working for UPS, he said that it was always his goal. Michael likes salt water fishing. Learned how to hand tie special knots for hooks and leers and caught a 90lb Bluefill Tuna. Mike learned how to make a wall bed measuring, stencils, and lamination. It is beautiful and works real well because the bedrooms are small. Mike made a computer desk with black granet top - measurements - cut and polish granet and made hanging wall speakers on tracks for surround sound.

I am very proud that he is my son and I love him very much.

Dolores McCormick

Michael Mc Cormick

A verry good person

Loves his Mother and Brother and Wilber our European Starling

Started a pool business but found out people did not have enough money to pay for the service.
So he went into the truck driving line of work. Michael likes working for UPS, he said that it was always his goal.
Michael likes salt water fishing. Learned how to hand tie special knots for hooks and leurs and caught a 70 lb Bluefill Tuna
Mike learned how to make a Wall bed measuring, stencils and lamination. It is beautiful and works real well because the bedrooms are small. Mike made a Computer desk with black granit top - meacurements - Cut and polish granit and made hanging wall speakers on tracks for saround sound.

I am verry proud that he is my son and I love him verry much.

Dolores Mc Cormick